The People of the State of New York, Respondent; *v.* Jacob Polstein, Appellant.

*People* v. *Polstein*, 184 App. Div. 260, affirmed.
(Argued March 11, 1919; decided April 8, 1919.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1918, which affirmed a judgment of the Bronx County Court rendered upon a verdict convicting the defendant of the crime of manslaughter in the second degree.

*Leo H. Klugherz* and *Abraham Levy* for appellant.

*Francis Martin, District Attorney (Charles B. McLaughlin* and *Seymour Mork* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.